IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN AND JANE DOES NO. 1,** Individually and as Natural Guardians of Child Victim A, et al., | : : | Case No. 1:19-CV-00785 |
| | : | **Judge Douglas R. Cole** |
| Plaintiffs, | : | |
| | | **STIPULATED DISMISSAL WITH** |
| vs. | : | **PREJUDICE** |
| **SPRINGBORO COMMUNITY CITY SCHOOL DISTRICT, et al.,** | : : | |
| Defendants. | | |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), Plaintiffs, John and Jane Does 1-32, and Defendants Springboro Community City School District, Carrie Corder, and Daniel Schroer, hereby stipulate to the dismissal of all claims against the District, Corder, and Schroer, with prejudice. The parties jointly request that the court retain jurisdiction to enforce the parties' settlement agreement as it pertains to this action. This dismissal does not effect Plaintiffs' pending claims against Defendant John Austin Hopkins, in his individual capacity.

SO STIPULATED

| | |
|---|---|
| */s/ Angela L. Wallace (per email auth 6-16-23)* | */s/ Bartholomew T. Freeze* |
| Angela L. Wallace (0080771) | Bartholomew T. Freeze (0086980)* |
| David S. Blessing (0078509) | Kelly M. Schroeder (0080637) |
| William H. Blessing (0006848) | Myrl H. Shoemaker, III (0099149) |
| Blessing & Wallace Law, LLC | FREUND, FREEZE & ARNOLD |
| 119 East Court Street, Suite 500 | Capitol Square Office Building |
| Cincinnati, Ohio 45202 | 65 East State Street, Suite 800 |
| (513) 621-9191; (513) 621-7086 (fax) | Columbus, OH 43215 |
| angie@blessingwallacelaw.com | (614) 827-7300; (614) 827-7303 (fax) |
| david@blessingwallacelaw.com | bfreeze@ffalaw.com |
| bill@blessingwallacelaw.com | kschroeder@ffalaw.com |
| *Attorneys for Plaintiffs* | mshoemaker@ffalaw.com |
| | *Trial Attorney |

*Counsel for Defendants Springboro Community City School District Board of Education, Daniel Schroer, and Carrie Corder*

= and =

William M. Deters (0065203)
Ennis Britton Co., LPA
1714 West Galbraith Road
Cincinnati, Ohio 45239
513.421.2540; 513.562.4986 (fax)
wmdeters@ennisbritton.com
*Co-counsel for Defendant Springboro Community City School District Board of Education*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 16th day of June 2023, upon the following:

| | |
|---|---|
| Angela L. Wallace<br>David S. Blessing<br>William H. Blessing<br>Blessing & Wallace Law, LLC<br>119 East Court Street, Suite 500<br>Cincinnati, Ohio 45202<br>angie@blessingwallacelaw.com<br>david@blessingwallacelaw.com<br>bill@blessingwallacelaw.com<br>*Attorneys for Plaintiffs* | William E. Braff (0098773)<br>*Taft Stettinus & Hollister LLP*<br>*425 Walnut Street, Suite 1800*<br>*Cincinnati, Ohio 45202*<br>bbraff@taftlaw.com<br>*Attorney for Defendant John Austin Hopkins* |

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)